IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL ALONZA RUFUS, #99284-071                                    PLAINTIFF

VS.                                  CIVIL ACTION NO. 5:08-cv-240(DCB)(MTP)

BRIAN BAILEY, ET AL.                                              DEFENDANTS

ORDER

This cause is before the Court on the plaintiff's "Mandatory Judicial Notice with Objection(s)" **(docket entry 63)**, which the Court construes as a motion to alter or amend judgment under Fed.R.Civ.P. 59(e), since it was deposited for mailing in the prison mailing system within ten days of entry of judgment. The plaintiff's motion contains a number of allegations that this Court lacked jurisdiction to hear his case, all of which are without merit. The Court therefore denies the plaintiff's motion. Accordingly,

IT IS HEREBY ORDERED that the plaintiff's "Mandatory Judicial Notice with Objection(s)" **(docket entry 63)**, which the Court construes as a motion to alter or amend judgment under Fed.R.Civ.P. 59(e), is DENIED.

SO ORDERED, this the 28th day of October, 2009.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE